FILED
2010 Apr-02  AM 08:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

Bernice Reed
61 Lee Hdgepeth Rd.
Monticello, Mississippi 39654

In reference to case # 7:09-cv-02027-RDP against
William Reed, dba Reed's Reforestation and dba Reed's Forestry
I am writing in response to papers I received by certified mail, as
next of kin to the deceased defendant.

   Please note that Mr. Reed did not leave a will and that there is
no executor of estate. After his death the family consulted a
lawyer who advised that it was not necessary to probate the
estate because he didn't have enough equity to make it worth
opening.

   William Reed was a sole-proprietor of Reed's Reforestation
held in his ▇▇▇▇▇▇▇▇▇▇ and social security # ▇▇▇▇▇▇▇
All work papers concerning Farm Labor Contractor license,
passports, and employment of the workers involved in this
lawsuit were applied for and conducted by this sole-proprietorship.

Thank you,
Bernice Reed

*Bernice Reed*