# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **DOROTEO GOMEZ-ARGUETA,** et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**THE ESTATE OF WILLIAM REED D/B/A REED'S REFORESTATION and D/B/A REED'S FORESTRY,** )<br>)<br>Defendant. ) | Civil Action No. 7:09-cv-02027-RDP |

## NOTICE OF PROVISIONAL SETTLEMENT

Plaintiffs hereby notify the Court that the parties have reached a provisional settlement in the above-styled action. The parties are in the process of finalizing the settlement agreement and expect that once all obligations under the agreement are met, the claims against Defendant will be dismissed. Counsel for Plaintiffs have notified Defendant's representative, Bernice Reed, who has appeared *pro se* in this action, through her son, Bernard Reed, prior to filing this notice and have obtained their agreement in filing this notice.

Respectfully submitted,

*Notice of Provisional Settlement*                                                                 *- 1 -*

        **/s/ Caitlin Berberich**
        Caitlin Berberich
        Tennessee BPR No. 025780
        Stacie Jonas
        Tennessee BPR No. 027334
        Douglas L. Stevick
        Tennessee BPR No. 021711
        SOUTHERN MIGRANT LEGAL SERVICES
        A PROJECT OF TEXAS RIOGRANDE LEGAL AID, INC.
        311 Plus Park Blvd., Ste. 135
        Nashville, Tennessee 37217
        Telephone: (615) 750-1200
        Facsimile: (615) 366-3349

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 9th day of November, 2010, I electronically filed the foregoing document with the Clerk of Court using the ECF system.  No attorneys having entered an appearance, I mailed a copy via regular mail to Bernice Reed, next of kin for Defendant, the Estate of William Reed d/b/a Reed's Reforestation and d/b/a Reed's Forestry, at her permanent residence, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

        **/s/ Caitlin Berberich**
        Caitlin Berberich