## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **DOROTEO GOMEZ-ARGUETA,** et al., | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **THE ESTATE OF WILLIAM REED D/B/A REED'S REFORESTATION and D/B/A REED'S FORESTRY,** | ) ) ) ) ) |
| **Defendant.** | ) ) |

Civil Action No. 7:09-cv-02027-RDP

## ORDER

On November 9, 2010, Plaintiffs notified the court that the parties had reached a provisional settlement. Unless the parties have submitted a motion for approval of settlement, with all appropriate settlement documents attached, by **Thursday December 9, 2010**, this case will be **SET** for a telephone status conference at **9:30 a.m.** on **Monday, December 13, 2010**. The court will initiate the call.

In this event, Defendant Reed is **DIRECTED** to contact chambers **on or before Friday, December 10, 2010**, at (205) 278-1980 to inform the court of the telephone number at which she should be contacted for the telephone conference.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to Bernice Reed, as next of kin to William Reed, at the following address:

Bernice Reed<br>
61 Lee Hedgepeth Road<br>
Monticello, Mississippi 39654

**DONE** and **ORDERED** this _____30th_____ day of November, 2010.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE