# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **DOROTEO GOMEZ-ARGUETA,** et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Civil Action No. 7:09-cv-02027-RDP |
| **THE ESTATE OF WILLIAM REED D/B/A REED'S REFORESTATION and D/B/A REED'S FORESTRY,** | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

This matter is before the court on the parties' Joint Motion for FLSA Fairness Determination (Doc. # 21), filed December 8, 2010. The court has a duty to scrutinize the proposed settlement for fairness. *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982).

The court finds that the parties have reached an agreement based on a negotiated, good faith compromise of a *bona fide* dispute of back wages under the FLSA. Furthermore, the court finds that the agreement reflects a fair and reasonable resolution of the dispute between the parties. Therefore, the proposed settlement is hereby **APPROVED**. Accordingly, the Motion for FLSA Fairness Determination (Doc. # 21) is **GRANTED**. The court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITHOUT PREJUDICE**.

The parties are **DIRECTED** to submit a joint stipulation of dismissal not later than **sixty (60) days** from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

Except as expressly provided for in the settlement agreement, the parties shall bear their own attorney's fees and expenses.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to Bernice Reed, as next of kin to William Reed, at the following address:

> Bernice Reed
> 61 Lee Hedgpeth Road
> Monticello, Mississippi 39654

**DONE** and **ORDERED** this ___9th___ day of December, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE