FILED
2010 Dec-15 PM 12:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| DOROTEO GOMEZ-ARGUETA and, REYNALDO VASQUEZ-GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE ESTATE OF WILLIAM REED D/B/A REED'S REFORESTATION and D/B/A REED'S FORESTRY,<br><br>Defendant. | Civil Action No.<br>7:09-cv-02027-RDP |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and among the parties through their undersigned counsel, that the above-styled cause of action is discontinued and the complaint dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

/s/ Caitlin Berberich
Caitlin Berberich
Tennessee BPR No. 025780
Stacie Jonas

Tennessee BPR No. 027334
Douglas L. Stevick
Tennessee BPR No. 021711
SOUTHERN MIGRANT LEGAL SERVICES
A PROJECT OF TEXAS RIOGRANDE LEGAL AID, INC.
311 Plus Park Blvd., Ste. 135
Nashville, Tennessee 37217
Telephone: (615) 750-1200
Facsimile: (615) 366-3349

ATTORNEYS FOR PLAINTIFFS

*Bernice Reed*
Bernice Reed

Monticello, MS
On Behalf of Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of December, 2010, I electronically filed the foregoing document with the Clerk of Court using the ECF system. No attorneys having entered an appearance, I mailed a copy via regular mail to Bernice Reed, next of kin for Defendant, the Estate of William Reed d/b/a Reed's Reforestation and d/b/a Reed's Forestry, at her permanent residence, ■
■.

/s/ Caitlin Berberbich
Caitlin Berberich