# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **DOROTEO GOMEZ-ARGUETA and,** }<br>**REYNALDO VASQUEZ-GOMEZ,** }<br>on behalf of themselves and all others }<br>similarly situated, }<br> }<br>    **Plaintiffs,** }<br> }<br>v.  } <br> }<br>**THE ESTATE OF WILLIAM REED** }<br>**D/B/A REED'S REFORESTATION** }<br>**and D/B/A REED'S FORESTRY,** }<br> }<br>    **Defendants.** } | Case No.:  7:09-cv-02027-RDP |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. # 23), filed December 15, 2010, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.

The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this ___15th___ day of December, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE